UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Anthony Hannon,

    Plaintiff,                 Case No. 23-cv-12250
                                    Hon. Jonathan J.C. Grey
v.                                 Mag. Judge Patricia T. Morris

M. Tuzas,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 20) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 16)

On September 1, 2023, Plaintiff Anthony Hannon commenced this lawsuit against Defendant M. Tuzas. (ECF No. 1.) On May 3, 2024, Tuzas filed a motion for summary judgment on the basis of exhaustion. (ECF No. 16.) The matter has been assigned to Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 13.)

On October 1, 2024, Judge Morris issued a report and recommendation ("R&R") recommending that the Court deny Tuzas' motion for summary judgment. (ECF Nos. 16, 20.) At the conclusion of

her R&R, Judge Morris advised the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further advised the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (ECF No. 20.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Judge Morris. The Court, therefore, adopts the R&R.

Accordingly, **IT IS ORDERED** that Tuzas' motion for summary judgment (ECF No. 16) is **DENIED.**

    **SO ORDERED**.

Date: November 7, 2024

<u>s/Jonathan J.C. Grey</u>
Hon. Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2024.

**s/ S. Osorio**
Sandra Osorio
Case Manager
